IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JORGE IVAN ANDRADE CRUZ,<br><br>*Petitioner*,<br><br>VS.<br><br>SYLVESTER M. ORTEGA, Field Office Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, U.S. Attorney General; and REYNALDO CASTRO, Warden of South Texas Detention Facility,<br><br>*Respondents*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL CASE NO. SA-26-CV-3907-FB |

***ORDER OF DISMISSAL WITHOUT PREJUDICE AND JUDGMENT***

Before the Court is Petitioner's Motion to Dismiss Petition for Writ of Habeas Corpus Without Prejudice filed on October 30, 2026 (ECF No. 8). Petitioner advises that on October 5, 2026, an Immigration Judge issued an order of removal against him; he did not reserve his right to appeal; and the order of removal became administratively final on October 5, 2026.

Because the removal order is now final, the statutory authority governing Petitioner's detention has shifted from INA § 236 to INA § 241, 8 U.S.C. § 1231. Moreover, the original habeas petition which challenged pre-order detention under § 236 has been rendered moot by the administrative finality of the removal order. Therefore, dismissal without prejudice is appropriate to allow the statutory 90-day removal period under § 241 to run, while preserving Petitioner's right to seek judicial review under *Zadvydas v. Davis*, 533 U.S. 678 (2001), should detention become prolonged and unconstitutional in the future. The Court finds the motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Petitioner's Motion to Dismiss Petition for Writ of Habeas Corpus Without Prejudice (ECF No. 8) is GRANTED such that this case is DISMISSED WITHOUT PREJUDICE to refiling. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 30th day of October, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE